## EXHIBIT B

## DISPOSITION OF ESTATE PROPERTY

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto |  |

| | |
|---|---|
| TOTAL RECEIPTS | $ 14,624.50 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $ 160,400.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $ 207,000.00 |

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

| Case Number: | 05-51385 ABG | | Trustee: | (520171) JOHN E. GIERUM |
|---|---|---|---|---|
| Case Name: | CUMMINGS, PATRICK | | Filed (f) or Converted (c): | 10/13/05 (f) |
| | CUMMINGS, PENNY L | | §341(a) Meeting Date: | 12/08/05 |
| Period Ending: | 10/26/08 | | Claims Bar Date: | 05/24/06 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Residence (s) | 237,500.00 | 8,029.00 | DA | 0.00 | FA |
| 2 | Bench Street Real estate interest (s) | 152,500.00 | 0.00 | DA | 0.00 | FA |
| 3 | Galena vacant lot interest (s) | 14,500.00 | 14,500.00 | OA | 14,500.00 | FA |
| 4 | Cash (s) | 85.00 | 85.00 | DA | 0.00 | FA |
| 5 | Baxter account (s) | 3,206.00 | 0.00 | DA | 0.00 | FA |
| 6 | Furniture (s) | 400.00 | 400.00 | DA | 0.00 | FA |
| 7 | Books (s) | 50.00 | 50.00 | DA | 0.00 | FA |
| 8 | Clothing (s) | 100.00 | 0.00 | DA | 0.00 | FA |
| 9 | Jewelry (s) | 2,500.00 | 1,706.00 | DA | 0.00 | FA |
| 10 | Golf Clubs (s) | 50.00 | 50.00 | DA | 0.00 | FA |
| 11 | Life Insurance (s) | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | Pension (s) | Unknown | Unknown | DA | 0.00 | FA |
| 13 | IRA (s) | 185,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | Stock AA of TA | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | Price & Affiliates stock (s) | 0.00 | 0.00 | DA | 0.00 | FA |
| 16 | Partnership interest | 3,500.00 | 3,500.00 | DA | 0.00 | FA |
| 17 | 2000 Ford Mustang (s) | 12,950.00 | 2,297.00 | DA | 0.00 | FA |
| 18 | 2004 Jeep (s) | 22,750.00 | 0.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-51385 ABG
**Case Name:** CUMMINGS, PATRICK
CUMMINGS, PENNY L
**Period Ending:** 10/26/08

**Trustee:** (520171)   JOHN E. GIERUM
**Filed (f) or Converted (c):** 10/13/05 (f)
**§341(a) Meeting Date:** 12/08/05
**Claims Bar Date:** 05/24/06

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1997 Pontoon Boat | 4,400.00 | 4,400.00 | OA | 0.00 | FA |
| 2 | Office equipment (s) | 500.00 | 0.00 | DA | 0.00 | FA |
| 3 | INTEREST (u) | Unknown | N/A | | 124.50 | Unknown |
| | **Totals** (Excluding unknown values) | **$639,991.00** | **$35,017.00** | | **$14,624.50** | **$0.00** |

**Major Activities Affecting Case Closing:**

Sold certain assets and abandoned others, next is claims review and tax work

**Initial Projected Date Of Final Report (TFR):** January 31, 2007     **Current Projected Date Of Final Report (TFR):** June 30, 2009