**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: <br> CUMMINGS, PATRICK <br> CUMMINGS, PENNY L <br><br> Debtor(s) | CHAPTER 7 CASE <br><br> CASE NO. 05-51385 ABG <br><br> JUDGE A. Benjamin Goldgar |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:   Park City Branch Court
          301 Greenleaf Avenue
          Courtroom B
          Park City, IL 60085

    on:   January 30, 2009
    at:   **2:00 p.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                $         14,624.50

    b. Disbursements                           $              28.42

    c. Net Cash Available for Distribution     $         14,596.08

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| JOHN E. GIERUM (Trustee Expenses) | 25.72 | | $25.72 |
| JOHN E. GIERUM (Trustee Fees) | 0.00 | $2,212.45 | |
| Lois West, Popowcer Katten, Ltd. (Trustee's Accountant Fees) | 0.00 | $798.00 | |
| Gierum & Mantas (Trustee's Firm Legal Expenses) | 0.00 | $640.00 | |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| None | | | |

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:
   None

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.  Claims of general unsecured creditors totaling $172,908.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 6.33%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Chase Bank USA, N.A. | $ 4,319.80 | $ 273.44 |
| 3 | Chase Bank USA, N.A. | $ 29,436.04 | $ 1863.30 |
| 4 | Discover Bank/Discover Financial Services | $ 10,219.85 | $ 646.92 |
| 5 | American Express Bank FSB | $ 25,841.34 | $ 1635.76 |
| 6 | American Express Bank FSB | $ 12,897.88 | $ 816.44 |
| 7 | American Express Centurion Bank | $ 9,307.26 | $ 589.15 |
| 9 | MBNA America Bank N.A. | $ 58,874.59 | $ 3727.30 |

| 10 | Citibank N A | $ 22,011.39 | $ 1393.32 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: residence, cash, Baxter account, furniture, books, clothing, jewelry, golf clubs, life insurance, pension, IRA, stocks, 2 cars and office equipment.

Dated: **December 24, 2008**

For the Court,

**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee: JOHN E. GIERUM
Address: GIERUM & MANTAS
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL 60018
Phone No.: (847) 318-9130