**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE:<br>CUMMINGS, PATRICK<br>CUMMINGS, PENNY L<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-51385 ABG<br><br>JUDGE A. Benjamin Goldgar |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At:   Park City Branch Court
         301 Greenleaf Avenue
         Courtroom B
         Park City, IL 60085

   on:   January 30, 2009
   at:   **2:00 p.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                                 $        14,624.50

   b. Disbursements                            $             28.42

   c. Net Cash Available for Distribution      $        14,596.08

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| JOHN E. GIERUM (Trustee Expenses) | 25.72 | | $25.72 |
| JOHN E. GIERUM (Trustee Fees) | 0.00 | $2,212.45 | |
| Lois West, Popowcer Katten, Ltd. (Trustee's Accountant Fees) | 0.00 | $798.00 | |
| Gierum & Mantas (Trustee's Firm Legal Expenses) | 0.00 | $640.00 | |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| None | | | |

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:
   None

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.  Claims of general unsecured creditors totaling $172,908.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 6.33%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Chase Bank USA, N.A. | $ 4,319.80 | $ 273.44 |
| 3 | Chase Bank USA, N.A. | $ 29,436.04 | $ 1863.30 |
| 4 | Discover Bank/Discover Financial Services | $ 10,219.85 | $ 646.92 |
| 5 | American Express Bank FSB | $ 25,841.34 | $ 1635.76 |
| 6 | American Express Bank FSB | $ 12,897.88 | $ 816.44 |
| 7 | American Express Centurion Bank | $ 9,307.26 | $ 589.15 |
| 9 | MBNA America Bank N.A. | $ 58,874.59 | $ 3727.30 |

| 10 | Citibank N A | $ 22,011.39 | $ 1393.32 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: residence, cash, Baxter account, furniture, books, clothing, jewelry, golf clubs, life insurance, pension, IRA, stocks, 2 cars and office equipment.

Dated: **December 24, 2008**

For the Court,

**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee: JOHN E. GIERUM
Address: GIERUM & MANTAS
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL 60018
Phone No.: (847) 318-9130

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 1                   Date Rcvd: Dec 24, 2008
Case: 05-51385                Form ID: pdf002             Total Served: 24

The following entities were served by first class mail on Dec 26, 2008.
db         +Patrick Cummings,    26359 W Vista Court,    Ingleside, IL 60041-9139
jdb        +Penny L Cummings,    26359 W Vista Court,    Ingleside, IL 60041-9139
aty        +John E Gierum,    Gierum & Mantas,    9700 W Higgins Rd, Ste 1015,    Rosemont, IL 60018-4712
aty        +Patrick J Hart,    Patrick J Hart Attorney at Law,    728 Florsheim Drive,
             Libertyville, IL 60048-5273
aty        +William J Mantas,    Gierum & Mantas,    1030 W Higgins Rd #220,    Park Ridge, IL 60068-5761
tr         +John E Gierum,    John E Gierum,    Gierum & Mantas,    9700 Higgins Road,    Suite 1015,
             Rosemont, IL 60018-4712
10155525   +A T& T,    Universal Card,    P.O. Box 688917,    Des Moines, IA 50368-8917
10155526   +American Express Bank FSB,    c/o Becket & Lee LLP,    Po Box 3001,    Malvern, PA 19355-0701
10641194    American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
10155527   +Amerimark Bank,    c/o Donald Newman,    11 S LaSalle Street Ste 1500,    Chicago, IL 60603-1224
10155528   +Baxter Credit Union,    400 N Lakeview Pkwy,    Vernon Hills, IL 60061-1854
10155529   +Capital One Bank,    P.O. Box 85147,    Richmond, VA 23276-0001
10623423   +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
             Seattle, WA 98121-2339
10155530   +Chase Card Member Services,    P. O. Box 15153,    Wilmington, DE 19886-5153
10155531   +Citi Cards,    P.O. Box 688912,    Des Moines, IA 50368-8912
10742009   +Citibank N A,    Citibank Choice,    Exception Payment Processing,    Po Box 6305,
             The Lakes, NV 88901-6305
10155533   +First Community Bank,    9816 U.S. Route 20 W,    Galena, IL 61036-9177
10741861   +MBNA America Bank N.A.,    Mailstop DE5-014-02-03,    PO Box 15168,    Wilmington, DE 19850-5168
10155534    MBNA Bank,    P.O. Box 15026,    Wilmington, DE 19850-5026
10155535   +Midwest Loan Services,    P.O. Box 144,    Houghton, MI 49931-0144
10155536   +United Mileage Plus,    P.O. Box 15153,    Wilmington, DE 19886-5153
10155537   +Valley Forge Life Insurance,    100 CNA Drive,    Nashville, TN 37214-3452

The following entities were served by electronic transmission on Dec 24, 2008.
10635664    E-mail/PDF: mrdiscen@discoverfinancial.com Dec 25 2008 00:15:44
             Discover Bank/Discover Financial Services,    PO Box 8003,    Hilliard, OH 43026
10155532    E-mail/PDF: mrdiscen@discoverfinancial.com Dec 25 2008 00:15:44     Discover Card,
             P.O. Box 15192,    Wilmington, DE 19886-1020
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 26, 2008**             **Signature:** _/s/ Joseph Speetjens_